PATRICK H. HICKS, ESQ., Bar No. 004632
EMIL S. KIM, ESQ., Bar No. 14894
LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: phicks@littler.com
ekim@littler.com

*Attorneys for Defendant*
CAESARS ENTERTAINMENT CORPORATION

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN CAVE,<br><br>Plaintiff,<br><br>v.<br><br>CAESARS ENTERTAINMENT CORPORATION, a foreign corporation and DOES 2 through 10, inclusive, in their individual and official capacities,<br><br>Defendants. | Case No. 2:21-cv-00660-JCM-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1 and LR 7-1, Plaintiff JOHN CAVE ("Plaintiff") and Defendant CEASARS ENTERTAINMENT CORPORATION ("Defendant") by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a responsive pleading from the current deadline of July 9, 2021, up to and including **August 9, 2021**.

Such extension is necessary in light of the fact that Defendant's counsel was only recently retained. The additional time will allow defense counsel to continue to investigate the allegations in the Complaint and prepare a sufficient responsive pleading.

///

///

///

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: June 25, 2021

Dated: June 25, 2021

Respectfully submitted,

Respectfully submitted,

/s/ Robert S. Melcic
ROBERT S. MELCIC, ESQ.

/s/ Emil S. Kim
PATRICK H. HICKS, ESQ.
EMIL S. KIM, ESQ.

*Attorney for Plaintiff*
JOHN CAVE

*Attorneys for Defendant*
CAESARS ENTERTAINMENT CORPORATION

**ORDER**

**IT IS SO ORDERED.**

Dated: _____June 28_____, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

4839-8999-6272.1 / 083558-1000