PATRICK H. HICKS, ESQ., Bar No. 004632
EMIL S. KIM, ESQ., Bar No. 14894
LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:   702.862.8800
Fax No.:        702.862.8811
Email: phicks@littler.com
           ekim@littler.com

*Attorneys for Defendant*
CAESARS ENTERTAINMENT CORPORATION

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN CAVE,<br><br>        Plaintiff,<br><br>v.<br><br>CAESARS ENTERTAINMENT CORPORATION, a foreign corporation and DOES 2 through 10, inclusive, in their individual and official capacities,<br><br>        Defendants. | Case No. 2:21-cv-00660-JCM-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING**<br><br>**(SECOND REQUEST)** |

Pursuant to LR IA 6-1 and LR 7-1, Plaintiff JOHN CAVE ("Plaintiff") and Defendant CEASARS ENTERTAINMENT CORPORATION ("Defendant") by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a responsive pleading from the current deadline of August 9, 2021, up to and including **August 30, 2021**.

Such extension is necessary in light of the fact that Defendant's counsel was only recently retained. The additional time will allow defense counsel to continue to investigate the allegations in the Complaint and prepare a sufficient responsive pleading.

///

///

1  This is the second request for an extension of time to respond to the Complaint.  This request
2  is made in good faith and not for the purpose of delay.

3  Dated:  August 5, 2021                                   Dated:  August 5, 2021
4  Respectfully submitted,                                  Respectfully submitted,

6  /s/ Robert S. Melcic                                     /s/ Emil S. Kim
   ROBERT S. MELCIC, ESQ.                                   PATRICK H. HICKS, ESQ.
7                                                           EMIL S. KIM, ESQ.

8  *Attorney for Plaintiff*                                 *Attorneys for Defendant*
   JOHN CAVE                                                CAESARS ENTERTAINMENT
9                                                           CORPORATION

11                              **ORDER**

12                              **IT IS SO ORDERED.**

13              Dated:  _____August 6_____, 2021.

16              _____
                UNITED STATES MAGISTRATE JUDGE

19  4815-0544-6133.1 / 083558-1248

LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169.5937
702.862.8800

2