PATRICK H. HICKS, ESQ., Bar No. 004632
EMIL S. KIM, ESQ., Bar No. 14894
LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:  702.862.8800
Fax No.:    702.862.8811
Email: phicks@littler.com
       ekim@littler.com

*Attorneys for Defendant*
CAESARS ENTERTAINMENT CORPORATION

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN CAVE,<br><br>            Plaintiff,<br><br>v.<br><br>CAESARS ENTERTAINMENT CORPORATION, a foreign corporation and DOES 2 through 10, inclusive, in their individual and official capacities,<br><br>            Defendants. | Case No. 2:21-cv-00660-JCM-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING**<br><br>**(THIRD REQUEST)** |

Pursuant to LR IA 6-1 and LR 7-1, Plaintiff JOHN CAVE ("Plaintiff") and Defendant CEASARS ENTERTAINMENT CORPORATION ("Defendant") by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a responsive pleading from the current deadline of August 30, 2021, up to and including **September 20, 2021**. The parties have reached a settlement and are currently working out the details of the agreement.

This is the third request for an extension of time to respond to the Complaint.

///

///

1    This request is made in good faith and not for the purpose of delay.

Dated: August 31, 2021              Dated: August 31, 2021

Respectfully submitted,             Respectfully submitted,

/s/ Robert S. Melcic                /s/ Emil S. Kim
ROBERT S. MELCIC, ESQ.              PATRICK H. HICKS, ESQ.
                                    EMIL S. KIM, ESQ.

Attorney for Plaintiff              Attorneys for Defendant
JOHN CAVE                           CAESARS ENTERTAINMENT
                                    CORPORATION

**ORDER**

**IT IS SO ORDERED.**

Dated: __September 2__, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

4853-1638-7065.1 / 083558-1248

LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

2