1  PATRICK H. HICKS, ESQ., Bar No. 004632
   EMIL S. KIM, ESQ., Bar No. 14894
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, Nevada 89169.5937
4  Telephone:   702.862.8800
   Fax No.:     702.862.8811
5  Email: phicks@littler.com
          ekim@littler.com
6

7  *Attorneys for Defendant*
   CAESARS ENTERTAINMENT CORPORATION

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| JOHN CAVE, | Case No. 2:21-cv-00660-JCM-DJA |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING** |
| CAESARS ENTERTAINMENT CORPORATION, a foreign corporation and DOES 2 through 10, inclusive, in their individual and official capacities, | **(FOURTH REQUEST)** |
| Defendants. | |

Pursuant to LR IA 6-1 and LR 7-1, Plaintiff JOHN CAVE ("Plaintiff") and Defendant CEASARS ENTERTAINMENT CORPORATION ("Defendant") by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a responsive pleading from the current deadline of September 20, 2021, up to and including **October 18, 2021**. The parties have reached a settlement and are currently working out the details of the agreement.

/ / /

/ / /

This is the fourth request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: September 27, 2021                     Dated: September 27, 2021

Respectfully submitted,                       Respectfully submitted,

/s/ Robert S. Melcic                          /s/ Emil S. Kim
ROBERT S. MELCIC, ESQ.                        PATRICK H. HICKS, ESQ.
                                              EMIL S. KIM, ESQ.

*Attorney for Plaintiff*                      *Attorneys for Defendant*
JOHN CAVE                                     CAESARS ENTERTAINMENT
                                              CORPORATION

**ORDER**

**IT IS SO ORDERED.**

Dated: _September 28_, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

4844-7009-1772.1 / 083558-1248