PATRICK H. HICKS, ESQ., Bar No. 004632
EMIL S. KIM, ESQ., Bar No. 14894
LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:   702.862.8800
Fax No.:        702.862.8811
Email: phicks@littler.com
          ekim@littler.com

*Attorneys for Defendant*
CAESARS ENTERTAINMENT CORPORATION

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN CAVE,<br><br>                    Plaintiff,<br><br>v.<br><br>CAESARS ENTERTAINMENT CORPORATION, a foreign corporation and DOES 2 through 10, inclusive, in their individual and official capacities,<br><br>                    Defendants. | Case No. 2:21-cv-00660-JCM-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING**<br><br>**(FIFTH REQUEST)** |

Pursuant to LR IA 6-1 and LR 7-1, Plaintiff JOHN CAVE ("Plaintiff") and Defendant CEASARS ENTERTAINMENT CORPORATION ("Defendant") by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a responsive pleading from the current deadline of October 18, 2021, up to and including **November 15, 2021**. The parties have reached a settlement and are currently finalizing the agreement.

/ / /

/ / /

/ / /

This is the fifth request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: October 18, 2021                           Dated: October 18, 2021

Respectfully submitted,                           Respectfully submitted,


/s/ Robert S. Melcic                              /s/ Emil S. Kim
ROBERT S. MELCIC, ESQ.                            PATRICK H. HICKS, ESQ.
                                                  EMIL S. KIM, ESQ.

*Attorney for Plaintiff*                          *Attorneys for Defendant*
JOHN CAVE                                         CAESARS ENTERTAINMENT
                                                  CORPORATION


**ORDER**

**IT IS SO ORDERED.**

Dated: _____October 19_____, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

4825-9037-6447.1 / 083558-1248